UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALBERT J. MARSE | CIVIL ACTION NO. 3:16-1067 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| LA DEPT. OF CORRECTIONS | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted and for seeking monetary damages against a defendant who is immune from such relief pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**MONROE, LOUISIANA**, this 26th day of October, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE